Ruben Gil
(Name)

480 Alta Rd.
(Address)

San Diego, Ca. -92179-
(City, State, Zip)

# T-95819
(CDCR / Booking / BOP No.)

U.S. District Court
Southern District of California
Scanned and Emailed

APR 0 4 2017

Pages: 17
Time: 1250
Initials: JR

**FILED**

Apr 05 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ nataliep        DEPUTY

# United States District Court
## Southern District of California

Ruben Gil                     ,
(Enter full name of plaintiff in this action.)

           Plaintiff,

v.

Captain Sanchez              ,
Lieutenant Williams          ,
_____      ,
_____      ,
(Enter full name of each defendant in this action.)

           Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

'17CV698  CAB JMA

Civil Case No._____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983.  If you wish to assert jurisdiction under different or additional authority, list them below.

_____ .

## B. Parties

1. <u>Plaintiff</u>:  This complaint alleges that the civil rights of Plaintiff, Ruben Gil
(print Plaintiff's name)
_____, who presently resides at Richard J. Donovan Correctional
(mailing address or place of confinement)
Facility-480 Alta Rd. San Diego, Ca. -92179-, were violated by the actions of
the below named individuals.  The actions were directed against Plaintiff at Richard J. Donovan
State Prison            on (dates) 10-19-16          , and _____ .
(institution/place where violation occurred)     (Count 1)     (Count 2)     (Count 3)

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>:  (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Captain Sanchez</u> resides in <u>San Diego County</u>,
_____(name)_____ _____(County of residence)_____
and is employed as a <u>Captain (CDCR)</u>. This defendant is sued in
_____(defendant's position/title (if any))_____
his/her ☒ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting under
color of law: <u>She is forcing me to live with "Security threat</u>
<u>Groups" and Associates, when I haved been recently attacked</u>
<u>by those individuals</u>.

Defendant <u>Lieutenant Williams</u> resides in <u>San Diego County</u>,
_____(name)_____ _____(County of residence)_____
and is employed as a _____. This defendant is sued in
_____(defendant's position/title (if any))_____
his/her ☒ individual ☒ official capacity.  (Check one or both.)  Explain how this defendant was acting under
color of law: <u>She is well aware of the situation, and the</u>
<u>cell moves. She is not doing anything to put a solution.</u>
_____.

Defendant _____ resides in _____,
_____(name)_____ _____(County of residence)_____
and is employed as a _____. This defendant is sued in
_____(defendant's position/title (if any))_____
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting under
color of law: _____
_____
_____.

Defendant _____ resides in _____,
_____(name)_____ _____(County of residence)_____
and is employed as a _____. This defendant is sued in
_____(defendant's position/title (if any))_____
his/her ☐ individual ☐ official capacity.  (Check one or both.)  Explain how this defendant was acting under
color of law: _____
_____
_____.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: <u>Freedom from cruel and</u>

<u>Unusual punishment, due process</u>
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

At my arrival at Richard J. Donovan Correctional facility
I informed the defendants that I've been getting assaulted
Since 2013 until now, and that I recently got assaulted
in the cell by the "Security threat Groups" in the other
Institution. Defendants Knowing my situation they are
still sending me cellies who are associates of these
"Security threat Groups", and this is an ongoing situation.
My life is being at Serious risk, I am expose to get
assaulted since defendants are forcing me to live with
this individuals. I have a history of being a victim
of this "Security threat Groups". I am been harash
by this inmates every single day. I informed the
defendants multiple times, but no solution has been
made. I am in pain everyday by this harashment and I also
feel that this is a physical torture, that I am receiving
by this defendants.

Count 2:  The following civil right has been violated: _____

(E.g., right to medical care, access to courts,

_____ .

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:  [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument.  Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

Count 3: The following civil right has been violated:_____
                                                    (E.g., right to medical care, access to courts,

_____ .
due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts:   [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____ .

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case?  □ Yes  ☒ No.

If your answer is "Yes", describe each suit in the space below.  [If more than one, attach additional pages providing the same information as below.]

(a)  Parties to the previous lawsuit:
Plaintiffs: _____

Defendants: _____

(b)  Name of the court and docket number: _____

_____.

(c)  Disposition: [ For example, was the case dismissed, appealed, or still pending?] _____

_____.

(d)  Issues raised: _____

_____

_____

_____

_____.

(e)  Approximate date case was filed: _____.

(f)  Approximate date of disposition: _____.

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.] ?  ☒ Yes  □ No.

If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No", briefly explain why administrative relief was not exhausted.

_____Denied Second level, pending 3rd level response._____

_____

_____

_____

_____

_____

_____

_____.

**E.  Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s):

To stop doing harmful Unconstitutional things, that will cause me an "actual or imminent injury" because this is an ongoing situation.

2. Damages in the sum of $ 2,500 .

3. Punitive damages in the sum of $ 5,000 .

4. Other:_____

_____

**F.  Demand for Jury Trial**

Plaintiff demands a trial by ☒ Jury ☐ Court.  (Choose one.)

**G.  Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge.  The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases.  Consent to a magistrate judge will likely result in an earlier trial date.  If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☒ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

_____4-4-17_____
Date

_____Ruben Gil_____
Signature of Plaintiff

Southern District of California
Scanned and Emailed

## CIVIL COVER SHEET (E-FILING FROM CDCR ONLY)

APR 0 5 2017

This civil cover sheet and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers required by law. This form is authorized by General Order No. 653 dated September 28, 2016, and is approved by the Clerk of the Court. This civil cover sheet is required on all cases filed by plaintiffs housed at institutions participating in the e-filing pilot program described in the General Order.

Initials: _____

| **I. PLAINTIFF**<br>*(to be Completed by Plaintiff)*<br><br>Ruben Gil<br><br><br><br><br><br>□ Exhibits to follow | **II. DEFENDANT(S)**<br>*(to be Completed by Plaintiff)*<br><br>Captain Sanchez<br>Lieutenant Williams<br><br><br><br>'17CV698  CAB JMA |
|---|---|

**III.  INSTITUTION BEING E-FILED FROM**
*(To be Completed by CDCR Staff Member)*

CDCR Institution Abbreviation Code:  RJDCF

**IV.  DATE RECEIVED BY CDCR STAFF MEMBER**
*(to be Completed by CDCR Staff Member)*

**RECEIVED BY:** _____  Jose Robles
*(Please SIGN Name)*                          *(Please PRINT Name)*

**DATE RECEIVED:** 04/5/2017

**V.  IF CIVIL COMPLAINT CANNOT BE E-FILED**
*(to be Completed by CDCR Staff Member)*

□ *This civil complaint, and other initial filing documents authorized by the General Order No. 653 are authorized to be filed through the U.S. mail and accepted by the Clerk of the Court without need to be electronically filed because the digital sender/scanner was down for more than 48 hours.  See General Order 653 at 3.*

**DATED:**

<br><br>

(Please SIGN Name)                          (Please PRINT Name)

<br><br>

*See attached "Instructions for Filing Civil Rights Complaints Under 42 U.S.C. § 1983"*